EMMIT VALENTINE, ET AL. v. NEW JERSEY DEPARTMENT
OF CORRECTIONS, ET AL.

June 27, 1986.

Petition for certification denied.

JOHN J. MINNITE v. MOBIL OIL CORPORATION.

June 27, 1986.

Petition for certification denied.

JOHN J. MINNITE v. MOBIL OIL CORPORATION.

June 27, 1986.

Cross-petition for certification denied.

WOODLAND PRIVATE STUDY GROUP, ET AL. v. STATE OF
NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL
PROTECTION, ET AL.

June 27, 1986.

Petition for certification granted. (See 209 *N.J.Super.* 261)